# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PHYLLIS L. HARRIS**                                                                   **PLAINTIFF**

V.                               No. 4:21-CV-01166-LPR-ERE

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 12)* is GRANTED. Accordingly, the Commissioner's decision is reversed and this case is REMANDED. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 9th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE