# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PHYLLIS L. HARRIS**                                                                                    **PLAINTIFF**

**V.**                                    **No. 4:21-CV-01166-LPR-ERE**

**COMMISSIONER OF SOCIAL SECURITY**                                   **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff, reversing the Commissioner's decision, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 9th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE